UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA MACCALLUM and FOX NEWS NETWORKS, LLC,<br><br>       Movants,<br><br>    -v.-<br><br>DON BLANKENSHIP,<br><br>       Respondent. | 21 Misc. 780 (KPF)<br><br>**TRANSFER ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On October 25, 2021, Movants Martha MacCallum and Fox News Network, LLC, filed a letter consenting to the transfer of this case to the United States District Court for the Southern District of West Virginia and to the presiding judge in *Blankenship* v. *Fox News Network, LLC, et al,*, No. 19 Civ. 236 (S.D. W. Va.), pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. (Dkt. #10). Accordingly, this case is hereby TRANSFERRED. All pending deadlines are moot. The Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of West Virginia immediately, without regard to Local Rule 83.1.

  The Court notes that "Ms. MacCallum does not consent to, and reserves all rights to object to, personal jurisdiction in the Southern District of West Virginia for any purpose other than adjudication of this subpoena. Ms. MacCallum does not consent to personal jurisdiction for any other matter, including *Blankenship* v. *Fox News Network, LLC, et al.*, 19 Civ. 236

(S.D. W. Va.), and she does not consent to a subpoena for trial, if any, in that matter." (Dkt. #10).

SO ORDERED.

Dated: October 26, 2021
New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge